Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

*Your full name*

LEONIDAS SieRRa

66094-054

APR 2 2 2022

U.S. DISTRICT COURT  WVND
CLARKSBURG  WV 26301

**FEDERAL TORT CLAIMS ACT**
**COMPLAINT**

v.

Civil Action No.: S.22 CN 105

*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

Bailey

Mazzone

Blaock

## I.     JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.     PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.     Your full name: Leonidas Sierra          Inmate No.: 66094-054
Address: u.S.P. Hazleton, P.O. Box 2000, Bruceton Mills, W.V., 26525

## III.     PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: u.S.P. Hazleton, Po Box 2000, Bruceton Mills, w.v., 26525

A.     Is this where the events concerning your complaint took place?
☒ Yes        ☐ No

---

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.    Court: _____
        *(If federal court, name the district; if state court, name the county)*

3.    Case  Number: _____

4.    Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____
        *(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit: _____

---

**Attachment A**

8.    Approximate date of disposition. Attach copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____

_____

_____

_____

E.    Did you exhaust **ALL** available administrative remedies?
☒ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. I filed an administrative claim at the facility level and with the Mid-Atlantic Regional office. Plus, I filed an administrative claim with the Mid-Atlantic Regional office - Administrative claim Number: TRT-MXR-2022-00918

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

**Attachment A**

2.      Name and location of court and case number: _____

_____

_____

3.      Grounds for dismissal:    □ frivolous        □ malicious
        □ failure to state a claim upon which relief may be granted

4.      Approximate date of filing lawsuit: _____

5.      Approximate date of disposition: _____

V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.      Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
        ☒ Yes        □ No

B.      If your answer is "YES," answer the questions below:

        1.      Identify the type of written claim you filed: Administrative Tort Claim

        2.      Date your claim was filed: On or about, November 17, 2021

        3.      Amount of monetary damages you requested in your claim:
                $ 500,000.00

        4.      If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

                I.      Date of the written acknowledgment: November 17, 2021
                ii.     Claim Number assigned to your claim: TRT-MXR-2022-00918

C.      If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    □ Yes        ☒ No

---

**Attachment A**

D.   If your answer is "YES," answer the questions below:

1.   Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____

_____

_____

2.   Identify the type of written claim(s) you filed: _____

_____

3.   Date your claim(s) were filed: _____

4.   Amount of monetary damages you requested in your claim(s):

_____

5.   If you received a written Acknowledgment of receipt of your claim(s), state the:

I.   Date of the written Acknowledgment: _____

ii.   Claim Number assigned to your claim: _____

E.   If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
☐ Yes      ☒ No

1.   If you answered "YES," state the:

I.   Date you requested reconsideration: _____

ii.   Date the agency acknowledged receipt of your request for reconsideration: _____

**Attachment A**

## VI.    STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the <u>facts</u> of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: <u>Assault and Battery</u>

Supporting Facts: On 5/19/2021, while housed in Unit A-2 (the challenge Program) cell #106, C.O. C. Wadlow, ordered me out of the cell; ordered me to submit to a pat frisk. He took a large manila envelope I had in my hands and ordered me to remove my sneakers. As soon as I bent down to take my sneakers off, officer Wadlow became aggressive and threw me on the floor. After mechanically restraining me he lifted me off the floor and slammed my face into the wall and split my ~~right~~ left eye brow. Later that day after complaining of severe head aches, medical personnel informed me I had a concussion. (~~____~~)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Corrections Officer, C. Wadlow, whom is employeed by the federal Bureau OF Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," please explain: Corrections officer, C. Wadlow, was acting within the scope of his official duties. He was the officer working in A-2 Housing unit and as such ordered me to submitt to a pat frisk. And I complied

CLAIM 2: <u>Negligent infliction of emotional distress</u>

Continuation of page 12, claim 1, supporting facts:

(It should be noted that in my administrative claim I mistakenly claimed the injury was on my right eyebrow instead of my left eyebrow).

**Attachment A**

Supporting Facts: on 5/19/2021, while housed in Unit A-2 (challenge Program) cell #106, C.O. Wadlow ordered me out of the cell; ordered me to submit to a pat frisk. and I complied. He took a large manila envelope I had in my hands and ordered me to remove my sneakers. As soon as I bent down to take my sneakers off, officer Wadlow, became aggressive and threw me to the floor. After mechanically restraining me he lifted me off the floor and slammed my face into the wall, splitting my left eyebrow. Later that day after complaining of severe headaches, medical personnel informed me I had a concussion. (It should be noted that in my administrative claim I mistakenly claimed that the injury was on my right eye brow instead of my left eyebrow)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Corrections Officer, C. Wadlow, whom is employeed by the federal Bureau of Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain: Corrections Officer, C. Wadlow, was acting within the scope of his official duties. He was the officer working in A-2 Housing unit and as such ordered me to submit to a pat frisk and I complied

CLAIM 3: Unnecessary and excessive use of force.

Supporting Facts: On 5/19/2021 while housed in Unit A-2 (challenge Program) cell #106, C.O Wadlow, ordered me out of the cell; ordered me to submit to a pat frisk and I complied. He took a large manila envelope I had in my hands and ordered me to remove my sneakers. As soon as I bent down to take My sneakers off officer Wadlow became aggressive and threw me to the floor. After mechanically restraining me he lifted me off the floor and slammed my face into the wall, splitting my left eyebrow. Later that day after complaining of severe headaches medical personnel informed me I had a concussion. (It should be Noted that in my administrative claim I mistakenly claimed that the injury was on my right eye brow instead of my left eyebrow)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Corrections Officer, C. Wadlow, whom is employeed by the federal Bureau of Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

**Attachment A**

If your answer is "YES," please explain: Corrections Officer C. Wadlow, was acting within the scope of his official duties. He was the officer working in A-2 Housing Unit and as such ordered me to submit to a pat frisk and I complied.

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. On 5/19/2021, while housed in unit A-2 (Challenge Program) cell #106, C.O. Wadlow ordered me out of the cell; to submit to a pat frisk and I complied. He took a large manila envelope I had in my hands and ordered me to remove my sneakers. As soon as I bent down to take my sneakers off, officer wadlow became aggressive and threw me to the floor. After mechanically restraining me he lifted me off the floor and slammed my face into the wall, splitting my left eyebrow. Later that day after complaining of severe head aches, medical personnel informed me I had a concussion. (It should be noted that in my administrative claim I mistakenly claimed that the injury was on my right eyebrow instead of my left eyebrow).

## VIII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I would like the Court to declare that I was the subject of assault and Battery, Negligent infliction of emotional distress and unnecessary and excessive force and to award this plaintiff compensatory damages in the amount of $500,000 ºº and to order officer C. Wadlow to undergo further deescalation training and whatever else the court deems just and proper.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___U.S.P. Hazleton, Preston County___ on ___4/13/2022___.
  (Location)                                              (Date)

___Leonidas Sierra___
Your Signature