# AMENDED

**Attachment A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUN 1 3 2022

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

_____

_____

*Your full name*

LEONIDAS SIERRA
  66094-054, Plaintiff

v.

UNITED STATES OF AMERICA

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

Civil Action No.: 5: 22-cv-105
*(To be assigned by the Clerk of Court)*

Hon. Judge Bailey

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Your full name: Leonidas Sierra    Inmate No.: 66094-054
         Address: U.S.P. Hazleton, Po Box 2000, Bruceton Mills,
         W.V. 26525

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: U.S. P. Hazleton, Po Box 2000, Bruceton Mills, W.V. 26525

   A.    Is this where the events concerning your complaint took place?
            ☒ Yes    ☐ No

---

*United States District Court*          7          *Northern District of West Virginia-2013*

cc: FILE

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

IV.    <u>PREVIOUS LAWSUITS</u>

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    □ Yes    ☒ No

    B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:

            Plaintiff(s): _____

            Defendant(s): _____

            _____

        2.    Court: _____
                *(If federal court, name the district; if state court, name the county)*

        3.    Case  Number: _____

        4.    Basic Claim Made/Issues Raised: _____

            _____

            _____

            _____

        5.    Name of Judge(s) to whom case was assigned: _____

            _____

        6.    Disposition: _____
            *(For example, was the case dismissed?  Appealed?  Pending?)*

        7.    Approximate date of filing lawsuit: _____

---

**Attachment A**

8.      Approximate date of disposition. Attach copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _____
_____
_____
_____

E.    Did you exhaust **ALL** available administrative remedies?
☒ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. I filed an administrative remedy at the facility level and with the Mid-Atlantic Regional office. Plus, I filed an Administrative claim with the mid-Atlantic Regional office – Administrative claim No. TRT-MXR-2022-00918

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____
_____

**Attachment A**

2.    Name and location of court and case number: _____

_____

_____

3.    Grounds for dismissal:    □ frivolous        □ malicious
      □ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written
      notice of your claim, with the appropriate BOP Regional Office?
      ☒ Yes        □ No

B.    If your answer is "YES," answer the questions below:

      1.    Identify the type of written claim you filed: Administrative Tort Claim

      2.    Date your claim was filed: On or about ~~November~~ October 25, 2021

      3.    Amount of monetary damages you requested in your claim:
            $ 500,000.00

      4.    If you received a written Acknowledgment of receipt of your claim
            from the BOP, state the:

            I.    Date of the written acknowledgment: November 17, 2021
            ii.    Claim Number assigned to your claim: TRT-MXR-2022-00918

C.    If your claim involves individuals who are employed by government
      agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95),
      or any other type of written notice of your claim with the appropriate
      government agencies?    □ Yes        ☒ No

---

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

        _____

        _____

        _____

    2.    Identify the type of written claim(s) you filed: _____

        _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

        _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes        ☒ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.**  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.  **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: <u>Assult and Battery</u>

Supporting Facts: on 5/19/2021 while housed in Unit A-2 (challenge Program) cell No# 106, Co Wadlow, ordered me out of the cell and ordered me to submit to a pat frisk. I complied. He took a large manila envelope I had in my hands and ordered me to remove my sneakers. As soon as I bent down to take my sneakers off, officer Wadlow became agressive and threw me on the floor. I never resisted. After mechanically restraining me, he lifted me off the floor and slammed my face into the wall, without any provocation and split my right eyebrow. Later that day after complaining of severe headache, medical personnel informed me I had a concussion.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Corrections officer, C. Wadlow, whom is employeed by the federal Bureau of Prisons.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes        ☐  No

If your answer is "YES," please explain: Corrections Officer, C. Wadlow, was acting within the scope of his official duties. He was the officer working in A-2 Housing Unit and as such ordered me to submit to a pat frisk and I complied.

CLAIM 2: <u>Negligent infliction of Emotional Distress</u>

Supporting Facts: on 5/19/2021, while housed in unit A-2 (Challenge Program), cell #106, C.O. Wadlow, ordered me out of the cell and ordered me to submit to a pat-frisk. I complied. He took a large manila envelope I had in my hands and ordered me to remove my sneakers. As soon as I bent down to take my sneakers off officer Wadlow became aggressive and threw me to the floor. After mechanically restraining me, he lifted me off the floor and slammed my face into the wall, without provocation, and split my right eyebrow. Later that day after complaining of severe head ache, medical personnel informed me that I had a concussion.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Correction Officer, C. Wadlow, whom is employeed by the Federal Bureau of Prisons.

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☑ Yes     ☐ No

If your answer is "YES," please explain: corrections officer, C. Wadlow, was acting within the scope of his official duties. He was the officer working in A-2 Housing Unit and as such ordered me to submit to a pat frisk and I complied.

CLAIM 3: Unnecessay and Excessive Use of force

_____

_____

Supporting Facts: on 5/19/2021 while housed in unit A-2 (Challenge Program) cell #106, C.O. Wadlow, ordered me out of the cell and ordered me to submit to a pat frisk and I complied. He took a large manila envelope I had in my hands and ordered me to take my sneakers off. As soon as I bent down to take my sneakers off officer Wadlow became aggressive and threw me on the floor. I never resisted. After mechanically restraining me he lifted me off the floor and slammed my face into the wall without provocation and split my right eyebrow. Later that day after complaining of severe head aches medical personnel informed my I had a concussion.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Corrections Officer, C. Wadlow, whom is employeed by the Federal Bureau of Prisons.

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☑ Yes     ☐ No

**Attachment A**

If your answer is "YES," please explain: Corrections Officer, C. Wadlow, was acting within the scope of his official duties. He was the officer working A-2 housing unit and as such ordered me to submit to a pat down and I complied.

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. on 5/19/2021, while housed in Unit A-2 (challenge Program) cell #106, c.o. wadlow ordered me out of the cell and ordered me to submit to a pat frisk and I complied. He took a large manila envelope I had in my hand and ordered me to take my sneakers off As soon as I bent down to take my sneakers off, officer wadlow, became aggressive and threw me on the floor. After mechanically restraining me he lifted me off the floor and without provocation slammed my face into the wall and split my right eyebrow. Later that day after complaining of severe head ache, medical personnel informed me I had a concussion.

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I would like for the Court to declare that I was the subject of assault and battery; negligent infliction of emotional distress; and unnecessary and excessive force. And to award me compensatory damages in the amount of 500,000.00, And to order officer Wadlow to under go further deescalation training. And, whatever the court deems just and proper.

Leonideo Sierra #66094-054
United States Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mills, WV. 26525

Federal Bureau of Prisons

Leonides Sierra                                    Case No.
(plaintiff)

            V.
(Defendant)
United States of America

            (Administrative Tort Claim)

Plaintiff Counsel
Leonides Sierra
(Pro-se)

(1-of-5)

(Jurisdictional Statement)

Administrative tort claim, 28 U.S.C. 1346(b) and 2671.

(Claims Presented) including but Not limited to:

1. assault and battery
2. negligent infliction of emotional distress

(Records, Exhibits, and or, Evidence)

1. incident Report. See Exhibit A
2. Request to staff. See Exhibit B.
3. Statement of facts. See Exhibit C
4. Discipline Hearing officer Report. See Exhibit D.

(2-of-5)



(Factual Background)

1. On 5-19-2021, while housed in unit A-2 (the challenge program) Cell #106, Correctional officer, C. Wadlow, ordered me out of the Cell and to submit to a pat frisk.

2. At this time, he took an envelope I had in my hands and and ordered me to remove my sneakers.

3. As soon as I bent down to take my sneakers off, the officer wadlow, became aggressive and threw me on the floor.

4. At this time, he mechanically restrained me and lifted me, up off the floor, he slammed my face into the wall and split my right eyebrow.

5. later that day, after Complaining of Severe Headaches, medical personel informed me, that "I had A Concussion."

(3-of-5)

(Claim Presented)

1. Correctional officer, Wadlow, assaulted and Committed battery, by Slamming my face into the wall and splitting my right eyebrow.

2. Correctional officer, Wadlow, actions, and or, physical actions, as well as psychological, Caused me emotional distress.

(4-of-5)

(Relief)

1. Monetary damages;
   Plaintiff seek five Hundred thousand dollars and
   zero cents. 500,000.00
2. Plaintiff also seeks, to suspend, discipline, and or, train,
   officer wadlow, from such aggressive behaviors.

(Penalty of Perjury)

I, Declare under the penalty of perjury, as to the
facts, against Correctional officer, wadlow, are true and
Correct to the best of my Knowledge, under 28 u.s.c.s.
1746.

Print. Leonidas Sierra
Sign:
Date: 10/25/2021

(5-of-5)

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at u.s.P. Hazleton, Preston County          on  6/8/2022      .
                  (Location)                                    (Date)

_____
Your Signature