AMENDED 2                                    Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____

_____

*Your full name*

LEONIDAS SIERRA, 66094-054

Plaintiff,                              **FEDERAL TORT CLAIMS ACT COMPLAINT**

v.                                      Civil Action No.: 5:22-cv-105
                                        *(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA                FILED

                                        DEC 12 2022

                                        U.S. DISTRICT COURT-WVND
                                        WHEELING, WV 26003

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Your full name: Leonidas Sierra         Inmate No.: 66094-054
         Address: U.S.P. Hazelton, Po Box 2000,
         Bruceton Mills, W.V., 26525

## III.  PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: U.S.P. Hazelton, Po Box 2000, Bruceton Mills, W.V., 26525

   A.    Is this where the events concerning your complaint took place?
         ☒ Yes      ☐ No

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

## IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?      ☐ Yes      ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.   Court: _____

*(If federal court, name the district; if state court, name the county)*

3.   Case  Number: _____

4.   Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.   Name of Judge(s) to whom case was assigned: _____

_____

6.   Disposition: _____

*(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing lawsuit: _____

**Attachment A**

8.    Approximate date of disposition. Attach copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.  _____

_____

_____

_____

E.    Did you exhaust **ALL** available administrative remedies?
☒ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. I Filed an administrative at the Facility level and with the Mid-Atlantic Regional Office. Plus, I filed an administrative claim with the Mid-Atlantic Regional office — Administrative Claim Number: TRT-2022-00918

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915. list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

Attachment A

2.      Name and location of court and case number: _____

_____

_____

3.      Grounds for dismissal:    □ frivolous        □ malicious
        □ failure to state a claim upon which relief may be granted

4.      Approximate date of filing lawsuit: _____

5.      Approximate date of disposition: _____

V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written
      notice of your claim, with the appropriate BOP Regional Office?
      ☒ Yes        □ No

B.    If your answer is "YES," answer the questions below:

      1.    Identify the type of written claim you filed: Administrative Tort Claim

      2.    Date your claim was filed: on or about, October 25, 2021

      3.    Amount of monetary damages you requested in your claim:
            $ 500,000 ⁰⁰/₁₀₀ _____

      4.    If you received a written Acknowledgment of receipt of your claim
            from the BOP, state the:

            I.    Date of the written acknowledgment: November 17, 2021
            ii.   Claim Number assigned to your claim: TRT-2022-00918

C.    If your claim involves individuals who are employed by government
      agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95),
      or any other type of written notice of your claim with the appropriate
      government agencies?    □ Yes        ☒ No

**Attachment A**

D.  If your answer is "YES," answer the questions below:

    1.  Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

       _____

       _____

       _____

    2.  Identify the type of written claim(s) you filed: _____

       _____

    3.  Date your claim(s) were filed: _____

    4.  Amount of monetary damages you requested in your claim(s):

       _____

    5.  If you received a written Acknowledgment of receipt of your claim(s), state the:

       I.  Date of the written Acknowledgment: _____

       ii.  Claim Number assigned to your claim: _____

E.  If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes    ☒ No

    1.  If you answered "YES," state the:

       I.  Date you requested reconsideration: _____

       ii.  Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.**  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.  **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)*

CLAIM 1: Assault and Battery

Supporting Facts: on 5/19/2021, while housed in A-2 unit (challenge Program) cell # 106, officer C. Wadlow, ordered me out of the cell and ordered me to submit to a patfrisk. I complied. He took a large manila enve-lope I had in my right hand and ordered me to remove my sneakers. (cont'z)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Corrections Officer, C. Wadlow, whom is employeed by the Federal Bureau of Prisons.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," please explain: Corrections Officer, C. Wadlow, was acting within the scope of his official duties. He was the officer working in A-2 Housing Unit and as such ordered me to submit to a pat frisk and I complied.

CLAIM 2: Negligent Infliction of Emotional Distress

Continuation of VI statement of claim,
claim 1: Assault and Battery:

con't: As soon as I bent down to take my
sneakers off, Officer C. Wadlow, became
aggressive and wrestled me to the floor
without causing any injuries. I never
resisted and/or struggled throughout the
whole event. After mechanically restrain-
ing me, he lifted me off the floor and
slammed my face into the door/wall without
any provocation and split my right eyebrow
causing me to bleed from the injury. Later
that day after complaining of a severe head
ache, medical personnel informed me I
had a concussion.

(1)

Attachment A

Supporting Facts: On, 5/19/2022, while housed in unit A-2 (challenge Program), cell #106, Corrections officer, C. Wadlow, inflicted an unprovoked attack upon me. slamming my head into the door/wall splitting my right eyebrow and causing me to bleed, (con't →)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Corrections Officer, C. Wadlow, whom is employeed by the Federal Bureau of Prisons.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," please explain: Corrections Officer, C. Wadlow, was acting within the scope of his official duties. He was the floor officer working in A-2 housing unit and as such ordered me to submit to a pat frisk and I complied.

CLAIM 3: Unnecessary and Excessive use of force.

Supporting Facts: On, 5/19/2022, while housed in unit A-2 (challenge Program), cell #106, officer C. Wadlow, ordered me out of the cell and ordered me to submit to a pat frisk. I complied. He took a large manila envelope I had in my right hand and (con't →)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Corrections Officer, C. Wadlow, whom is employeed by the Federal Bureau of Prisons.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No

continuation of VI Statement of Claim,
Claim 2: Negligent Infliction Of Emotional
Distress :

con't: after I was mechanically restrained.
Because of this Assault my mental illness
was worsened and I started to decompensate
over a period of time. I started having night-
mares about the incident, feeling insecure
and vulnerable. I started having flash backs
about prior traumatic experiences. Plus, I
started having more acute anxiety attacks
and feeling more depressed. This incident
also dissipated all of the progress I had
made through my mental health treatment.
The mental health symptoms created because
of this unprovoked attack eventually
lead me to have a mental health crisis on,
June 22, 2022, in which I engaged in self-
harm, cutting my left forearm so deeply
that it required seven (7) staples to
close the laceration.

(2)

continuation of VI statement of claim,
claim 3: Unnecessary and Excessive use of
force:

con't: ordered me to remove my sneakers.
As soon as I bent down to take my sneakers
off, officer c. Wadlow, became aggressive
and wrestled me to the floor without causing
any injuries. I never resisted and/or
struggled throughout the whole event.
After mechanically restraining me, he
lifted me off the floor and slammed my
face into the door/wall without any
provocation and split my right eyebrow
causing me to bleed from the injury.
Later that day after complaining of a
severe headache, medical personnel
informed me I had a concussion.

(3)

**Attachment A**

If your answer is "YES," please explain: Corrections Officer C. Wadlow, was acting within the scope of his official duties. He was the officer working in A-2 housing unit and as such ordered me to submit to a pat frisk and I complied.

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes     ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes     □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. On 5/19/2021, while housed in Unit A-2 (challenge Program), cell #106, Corrections officer, C. Wadlow, inflicted an unprovoked attack on me. As a result of this I suffered a split right eyebrow causing me to bleed from the injury, have a black eye that took almost a month to go away. I also suffered a concussion.

(cont'→)

## VIII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I would like for the Court to declare that I was the subject of an assault and battery; that negligent infliction of Emotional Distress did happen and that unnecessary and excessive force was used and to award me compensatory damages in the amount of $500,000⁰⁰ and to order officer C. Wadlow, to undergo further deescalation training - And whatever the court deems Just and proper

<u>continuation of VII Injury</u>:

<u>con't</u>: Plus, because of this assault my mental illness worsened and I started to decompensate over a period of time. I started having nightmares, difficulty sleeping, feeling insecure and vulnerable. Having flashbacks over prior traumatic experiences, having more acute anxiety attacks and feeling more depressed. It also dissipated all of the progress I had made through my mental health treatment. Also, the mental health symptoms created because of this unprovoked attack lead to a mental health crisis on, June 22, 2022, in which I engaged in self-harm, cutting my left forearm so deeply that it required seven (7) staples to close the laceration.

(4)

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at U.S.P. Hazelton, Preston County    on   12/7/2022.
 (Location)                                        (Date)

_____
Your Signature

LEONIDAS SIERRA, 66094-054
U.S.P. Hazelton
Po Box 2000
Bruceton Mills, W.V. 26525

## Verification

STATE OF WEST VIRGINIA ) ss:
County of Preston      )

Leonidas Sierra, deposes and says that he is the Plaintiff in the within proceeding; that he has read the foregoing Amended complaint and knows the contents thereof; that the same is true to his knowledge, except as to those matters therein stated to be alleged on information and belief and as to those matters, believes them to be true.

Plaintiff makes this statement under penalty of perjury. 28 U.S.C. § 1746.

Executed on   7   day of   Dec   2022

_____

Leonidas Sierra, Pro-Se
U.S.P Hazelton
Po Box 2000
Bruceton Mills. W.V. 26525

United States District Court        16        Northern District of West Virginia-2013

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*Your full name*
LEONIDAS SIERRA, 66094-054,
Plaintiff,

v.

Civil Action No.: 5: 22-CV-105

UNITED STATES OF AMERICA

## Certificate of Service

I, Leonidas Sierra (your name here), appearing *pro se*, hereby certify that
I have served the foregoing Amended complaint & cover letter (title of document being sent)
upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

Maximillian F. Nogay (insert date here):
Assistant U.S. Attorney
(W.Va. Bar # 13445), United States Attorney's Office, Po Box 591,
(List name and address of counsel for the defendant)
1125 Chapline Street, Suite 3000, Wheeling, W.V. 26003

I declare under penalty of perjury
that the foregoing is true and correct
28 U.S.C. § 1746

Executed on __1__ day of __Dec__ 2022

(sign your name)
LEONIDAS SIERRA, 66094-054
U.S.P Hazelton
Po Box 2000
Bruceton Mills, W.V. 26525